**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Timothy P. Neumann, Esq. [TN6429]
Broege, Neumann, Fischer & Shaver, LLC
25 Abe Voorhees Drive
Manasquan, New Jersey 08736
(732) 223-8484
Attorneys For Debtor

Order Filed on January 30, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**YITZCHOK BLONDER**

    Debtor**.**

Case No.: **18-10293**

Chapter 13

Judge: Kathryn C. Ferguson

## ORDER EXTENDING TIME TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS

The relief set forth on the following pages, numbered two (2) through 2 is hereby **ORDERED**.

**DATED: January 30, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**Page 2**
Debtor:  Yitzchok Blonder
Case No.:  **18-10293**
Caption of Order:  Order Extending Time to Schedules & Statement of Affairs

---

This matter having been opened to the Court by Yitzchok Blonder the Debtor, through his attorneys, Broege, Neumann, Fischer & Shaver, LLC praying for an extension of time under Bankruptcy Rule 1007(c) and

For Good cause shown

ORDERED that the time for the Debtors to file schedules and statement of financial affairs be and hereby is extended until February 5, 2018.