**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Timothy P. Neumann, Esq. [TN6429]
Broege, Neumann, Fischer & Shaver, LLC
25 Abe Voorhees Drive
Manasquan, New Jersey 08736
(732) 223-8484
Attorneys For Debtor

Order Filed on January 30, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**YITZCHOK BLONDER**

    Debtor**.**

Case No.:  **18-10293**

Chapter 13

Judge:  Kathryn C. Ferguson

**ORDER EXTENDING TIME TO FILE SCHEDULES AND**
**STATEMENT OF FINANCIAL AFFAIRS**

    The relief set forth on the following pages, numbered two (2) through 2 is hereby **ORDERED**.

**DATED: January 30, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**Page 2**
Debtor:  Yitzchok Blonder
Case No.:  **18-10293**
Caption of Order:  Order Extending Time to Schedules & Statement of Affairs

---

This matter having been opened to the Court by Yitzchok Blonder  the Debtor, through his attorneys, Broege, Neumann, Fischer & Shaver, LLC praying for an extension of time under Bankruptcy Rule 1007(c) and

For Good cause shown

ORDERED that the time for the Debtors to file schedules and statement of financial affairs be and hereby is extended until February 5, 2018.

United States Bankruptcy Court
District of New Jersey

In re:  
Yitzchok Blonder  
    Debtor

Case No. 18-10293-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jan 30, 2018  
                  Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2018.  
db         Yitzchok Blonder,    123 Highgrove Cres,    Lakewood, NJ   08701-3484

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                        TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2018                                 Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2018 at the address(es) listed below:  
         Albert   Russo     docs@russotrustee.com  
         Andrew L. Spivack     on behalf of Creditor    RUSHMORE LOAN MANAGEMENT SERVICES, LLC    nj.bkecf@fedphe.com  
         Denise E. Carlon     on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Rebecca Ann Solarz     on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com  
         Timothy P. Neumann     on behalf of Debtor Yitzchok   Blonder timothy.neumann25@gmail.com, btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                TOTAL: 6