Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

402 East State Street
Trenton, NJ 08608

---

Case No.:  18−10293−KCF
Chapter:  13
Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Yitzchok Blonder
123 Highgrove Cres
Lakewood, NJ 08701−3484
Social Security No.:
xxx−xx−5902
Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/6/18.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: February 6, 2018
JAN: ghm

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 18-10293-KCF
Yitzchok Blonder                                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Feb 06, 2018
                             Form ID: 148              Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 08, 2018.
db              Yitzchok Blonder,    123 Highgrove Cres,    Lakewood, NJ  08701-3484
cr              +RUSHMORE LOAN MANAGEMENT SERVICES, LLC,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,
                 Suite 100,   Mt. Laurel, NJ 08054-3437
517264648        A-1 Collections Svc,    2297 Highway 33,    Hamilton Square, NJ  08690-1717
517264653       +++DITECH,    332 MINNESOTA ST STE E610,    SAINT PAUL MN  55101-1311
                 (address filed with court: Ditech,    332 Minnesota St Ste 610,    Saint Paul, MN  55101-7707)
517264654        Nationstar/mr. Cooper,    350 Highland Dr,    Lewisville, TX  75067-4177
517264655        Phelan Hallinan Diamond & Jones PC,    400 Fellowship Rd Ste 100,    Mount Laurel, NJ  08054-3437
517264656        Remex Inc,    307 Wall St,    Princeton, NJ  08540-1515
517264657        Rushmore Servicing,    111 S Harrison St,    East Orange, NJ  07018-1726
517264658        Santander Bank NA,    865 Brook St,    Rocky Hill, CT  06067-3444

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 06 2018 23:18:42      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 06 2018 23:18:40      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517264649        EDI: AMEREXPR.COM Feb 06 2018 22:48:00      Amex,    PO Box 297871,
                 Fort Lauderdale, FL  33329-7871
517264650        EDI: CHASE.COM Feb 06 2018 22:48:00      Chase Card,    PO Box 15298,
                 Wilmington, DE  19850-5298
517264651        EDI: CITICORP.COM Feb 06 2018 22:48:00      Citi,    PO Box 6241,    Sioux Falls, SD  57117-6241
517264652        EDI: RCSFNBMARIN.COM Feb 06 2018 22:48:00      Credit One Bank NA,    PO Box 98872,
                 Las Vegas, NV  89193-8872
517286419        E-mail/Text: bankruptcy.bnc@ditech.com Feb 06 2018 23:18:26
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
517264659       +E-mail/Text: bankruptcy@senexco.com Feb 06 2018 23:17:56      Senex Services Corp,
                 333 Founds Rd,    Indianapolis, IN  46268
                                                                                           TOTAL: 8

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 6, 2018 at the address(es) listed below:
              Albert Russo   docs@russotrustee.com
              Andrew L. Spivack   on behalf of Creditor   RUSHMORE LOAN MANAGEMENT SERVICES, LLC
               nj.bkecf@fedphe.com
              Denise E. Carlon   on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Rebecca Ann Solarz   on behalf of Creditor   Ditech Financial LLC rsolarz@kmllawgroup.com
              Timothy P. Neumann   on behalf of Debtor Yitzchok  Blonder timothy.neumann25@gmail.com,
               btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com
              U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                           TOTAL: 6